# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CORTEZ LEON SEAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:13-cv-00056-CLS-SGC |
| | ) |
| **SGT. BRUCE HODGE, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge entered a report and recommendation on July 11, 2014, recommending that the motion for summary judgment filed by defendants, Sergeants Bruce Hodge and Reginald Cook and Correctional Officers Chad Cleveland, Kenneth Hawkins, and Andres Marcano, be denied. (Doc. no. 40). The parties were allowed fourteen (14) days to file written objections to the magistrate judge's report and recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, defendants' motion for summary judgment (Doc. no. 29) is DENIED.

Defendants are ORDERED to file an answer to the claims against them within twenty (20) days of the entry date of this order.

DONE and ORDERED this 30th day of September, 2014.

                                                    _____
                                                    United States District Judge